OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING  3931
Assistant United States Trustee
1132 Bishop Street, Suite 602
Honolulu, Hawaii  96813
Telephone:  (808) 522-8154
ustpregion15.hi.ecf@usdoj.gov

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

BANKRUPTCY DIVISION

| | |
|---|---|
| In re | Case No. 19-00090 |
| | (Chapter 7) |
| GINA ANN PEREZ CAMPOS and | |
| JASON PAUL CASTRO CAMPOS, | |
| | |
| Debtor. | Judge:  HON. FRANCES TYDINGCO-GATEWOOD |

**STIPULATION TO DISMISS CASE**

The United States Trustee and the Debtors, by and through their counsel, agree and stipulate as follows:

1. Whereas, this case commenced on July 3, 1990 with the Debtors filing a voluntary petition under Chapter 13 of the Bankruptcy Code and then was converted to a case under Chapter 7 on January 24, 2020;

2. Whereas, the United States Trustee has reviewed this case;

3. Whereas, the United States Trustee contends that cause exists to dismiss this case under Section 707(a) of the Bankruptcy Code due to certain inaccuracies in the Debtors' bankruptcy schedules;

4. Whereas, the United States Trustee and the Debtors have reached an agreement regarding the disposition of this case.

5. Now, therefore, it is hereby agreed and stipulated by the Debtors and the United States Trustee:

- That this case shall be dismissed for "cause" under Section 707(a) of the Bankruptcy Code;

- That the dismissal of this case is without prejudice;

- That the parties shall bear their own fees and costs;

- That this agreement is subject to Bankruptcy Court approval.


Date: May 29, 2020         /s/ MARK WILLIAMS
                           Attorney for the Debtors


Date: May 28, 2020         /s/ CURTIS CHING
                           Assistant United States Trustee